UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FLORES,<br><br>      Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | No. 2:14-cv-02650-AC<br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for Supplemental Security Income ("SSI") benefits under Title XVI of the Social Security Act. ECF No. 2. On November 13, 2014, plaintiff filed an application to proceed in forma pauperis. ECF No. 3. The court issued its order granting plaintiff's application on November 17, 2014. ECF Nos. 4. That order directed plaintiff to submit a completed summons and copies of his complaint to the United States Marshal's Service ("USM") and file a statement with the court that said documents had been submitted to the USM within fourteen (14) days. <u>Id.</u> Plaintiff has yet to file a statement that he has submitted the necessary documents to the USM.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to

1 Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Information regarding the number
2 of copies currently required by the USM may be obtained from the United States Marshals
3 Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).
4 DATED: December 16, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE