UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FLORES, | No. 2:14-cv-02650-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 17, 2014, this court ordered plaintiff to show cause why his case should not be dismissed for his failure to comply with the court's November 17, 2014, order directing plaintiff to submit to the United States Marshal a completed summons and copies of the complaint within fourteen (14) days.  ECF No. 7.  On December 17, 2014, plaintiff's counsel submitted a response to the order to show.  ECF No. 9.  The response is signed by Diana Treadway, who declares that the service documents were submitted to the United States Marshal on November 26, 2014 and that plaintiff's counsel had missed the filing deadline for the proof of service because of a clerical error by Ms. Treadway.  Id.  In a separate Notice of Submission to U.S. Marshall's Office for Service, which was also filed on December 17 and signed by Ms. Treadway, she states that she is an employee at the law office of plaintiff's counsel.  ECF No. 8.

Unfortunately, both the Response to the Order to Show Cause and the Notice of

1   Submission are deficient in two important respects.  First, filings must be signed by either the
2   litigant, if he is pro se, or his attorney.  Fed. R. Civ. P. 11(a); Local Rule 131.  Ms. Treadway
3   does not purport to be, and a search on the State Bar of California's website reveals that she in
4   fact is not, an attorney.  ECF Nos. 9 & 10.  If plaintiff's counsel wishes to file a declaration from
5   Ms. Treadway she must attach that declaration to a properly signed document.  Second, neither
6   filing includes a "/s/" before the filer's signature as required by Local Rule 131.

    In accordance with the foregoing, IT IS HEREBY ORDERED that

    1. Plaintiff's December 17, 2014, notice and response, ECF Nos. 8 & 9, are both STRICKEN.

    2. Plaintiff shall, within seven days, file a response to the order to show cause, ECF No. 7, and a statement that service documents have been submitted to the U.S. Marshal's Service, both of which must comply with Fed. R. Civ. P. 11(a) and Local Rule 131.

DATED:  December 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE