UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FLORES, | No. 2:14-cv-02650-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 17, 2014, this court ordered plaintiff to show cause why his case should not be dismissed for failure to timey file a notice that he had submitted a completed summons and copies of his complaint to the United States Marshal ("USM"). ECF No. 7. On December 17, 2014, plaintiff's counsel filed a notice of submission to the USM, ECF No. 8, along with a response to the court's order to show cause, ECF No. 9. These filings were not signed in accordance with Federal Rule of Civil Procedure 11(a) or Local Rule 131. Accordingly, the court struck plaintiff's notice of submission and response and ordered him to file a properly signed notice of submission and response by December 26, 2014. ECF No. 10. On December 19, 2014, plaintiff filed a properly signed notice of submission and response. ECF Nos. 11 & 12.

////

////

1     In light of plaintiff's response and good cause appearing, IT IS HEREBY ORDERED that
2 the Order to Show Cause, ECF No. 7, is discharged.
3 DATED: December 29, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE