ELIZABETH L. GADE (SBN: 161495)
STEPHEN A. VALIZAN (SBN: 260861)
LAW OFFICE OF ELIZABETH GADE, INC.
1900 Point West Way, Suite 208
Sacramento, CA 95815
Telephone: (916) 648-8600
Facsimile: (916) 648-8601

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FLORES,<br>        Plaintiff,<br>  vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>        Defendant, | **2:14-CV-2650-AC**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their assigned counsel, subject to the Court's approval, that plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of SIX THOUSAND, SEVEN HUNDRED AND FIFTY DOLLARS ($6,750.00). This amount represents compensation for all legal services counsel rendered on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: April 25, 2016          /s/ Stephen A. Valizan
                               STEPHEN A. VALIZAN
                               Attorney for Plaintiff

Dated: April 25, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               DEBORAH LEE STACHEL
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                               By: /s/ Heather Moss
                               HEATHER MOSS
                               (*as authorized via e-mail on April 25, 2016)
                               Special Assistant United States Attorney

                               Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 27, 2016

                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE

Law Office of Elizabeth Gade, Inc.
1900 Point West Way, Suite 208 Sacramento, CA 95815